

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00323-CR

**IN RE** John Eric **GINN**

Original Mandamus Proceeding[1]

## O R D E R

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On June 11, 2018, relator filed a "Petition for Rehearing." After considering the petition, relator's petition is hereby DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2008-CR-1279, styled *The State of Texas v. John Eric Ginn*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.